**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6267**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JAMES EARL WALTON,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, District Judge.  (2:07-cr-00017-BO-1)

---

Submitted:  December 23, 2025                 Decided:  December 31, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Earl Walton, Appellant Pro Se.  Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Earl Walton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. *See United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013) (providing standard). Accordingly, we affirm the district court's order. *United States v. Walton*, No. 2:07-cr-00017-BO-1 (E.D.N.C. Feb. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*